El Pueblo de Puerto Rico, demandante y apelado, *v.*
Celino Peña, acusado y apelante.

No. 2415.—*Visto:* Marzo 24, 1925. *Resuelto:* Marzo 31, 1925.

1. Armas—Portar Armas Prohibidas—Cortaplumas Plegadizo de Bolsillo.—
Para determinar si la hoja de un cortaplumas plegadizo de bolsillo tiene
las tres pulgadas mencionadas en el artículo 2 de la Ley de marzo 9, 1905
(Sec. 5995 de la Compilación), hay que medirla desde el sitio donde la
rabera encaja en el mango del cortaplumas.

Sentencia de *Pablo Berga,* J. (Humacao), declarando culpable al
acusado y disponiendo el decomiso del arma. *Confirmada.*

*Francisco González, Jr.,* y *Fernando Gallardo,* Abogados del ape-
lante; *José E. Figueras,* Abogado del Pueblo, apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

La ley de marzo 9, 1905 (Leyes de 1905, p. 23) prohibe
el portar ciertas armas, pero el artículo 2 de la misma (sec.
5995 de la Compilación) exceptúa de las disposiciones de
la ley los cortaplumas plegadizos de bolsillo cuyas hojas
sean de menos de tres pulgadas de largo. La única cuestión
en este caso fué si la hoja del cortaplumas era inferior en
largo a dichas tres pulgadas. Si la hoja había de medirse
desde la rabera del acero e incluía sólo la parte cortante
era menor de tres pulgadas, pero si la hoja había de medirse
desde el sitio donde la rabera encaja en el mango del corta-
plumas era mayor de tres pulgadas. Sinembargo, la pala-
bra "hoja" está empleada para significar aquella parte del
cortaplumas que está encajada en el mismo por medio de
un gozne. La longitud del acero es de importancia en caso
de ataque aún cuando la rabera es bota. Una espada y un
puñal pueden penetrar hasta la empuñadura, y un cortaplu-
mas puede asimismo penetrar hasta el mango.

No encontramos que se cometiera error alguno, y, por
tanto, *la sentencia debe ser confirmada.*